1
2
3
4
5
6
7                  UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9

10
JESSIE DEE PRITCHETT,              ) 1:12-cv—01333-LJO-SKO-HC
11                                 )
                    Petitioner,    ) ORDER RE: FINDINGS AND
12                                 ) RECOMMENDATIONS (DOC. 7)
                                   )
13       v.                        ) ORDER DISMISSING PETITIONER'S
                                   ) SECOND, THIRD, AND FOURTH CLAIMS
14   AUDREY KING, Executive         ) WITHOUT LEAVE TO AMEND (DOC. 1)
     Director,                     )
15                                 ) ORDER REFERRING THE PROCEEDING
                    Respondent.    ) BACK TO THE MAGISTRATE JUDGE TO
16                                 ) DIRECT THE FILING OF A RESPONSE
_____      ) TO THE REMAINING CLAIM
17

18       Petitioner is a state prisoner proceeding pro se and in

19   forma pauperis with a petition for writ of habeas corpus pursuant

20   to 28 U.S.C. § 2254.  The matter was referred to the Magistrate

21   Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and

22   304.

23       On October 17, 2012, the Magistrate Judge filed findings and

24   recommendations to dismiss Petitioner's second, third, and fourth

25   claims without leave to amend because they were state law claims

26   and to refer the proceeding back to the Magistrate Judge to

27   direct the filing of a response to the remaining claim in the

28   petition.  The findings and recommendations were served by mail

                                    1

on Petitioner on the same date.  The findings and recommendations informed Petitioner that objections were due within thirty days of service.

Although the deadline for filing objections has passed, no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. The undersigned has carefully reviewed the entire file.  The Court finds that the report and recommendations are supported by the record and proper analysis.

Accordingly, it is ORDERED that:

1) The findings and recommendations filed on October 17, 2012, are ADOPTED in full; and

2) The first, second, and third claims in the petition are DISMISSED without leave to amend; and

3) The matter is REFERRED back to the Magistrate Judge to direct the filing of a response to the remaining claim in the petition.

IT IS SO ORDERED.

**Dated:    December 4, 2012           /s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE